**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

In Re:

Pirhiya Irene Save,

Debtor.

Case No.:      23-13713-RG
Chapter:            13
Hearing Date:    9/20/2023
Judge:          Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motino for Relief re: 22 Mountain Way, West Orange, NJ (Docket # 28)

_____

Date: 09/15/2023                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*