Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−13713−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pirhiya Irene Save
    aka Irene Pirhiya Save, aka Pirhiya Irana
    Save
    22 Mountain Way
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0486

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 21, 2023.

Dated: September 21, 2023
JAN: slm

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 23-13713-RG

Pirhiya Irene Save                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                           User: admin                                           Page 1 of 2
Date Rcvd: Sep 21, 2023                                Form ID: plncf13                                Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pirhiya Irene Save, 22 Mountain Way, West Orange, NJ 07052-3717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519910147 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 21 2023 21:18:50 | American Suzuki Financial Services, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519967621 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee f, c/o Nationstar Mortgage LLC ATTN: Bankru, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519905160 | ^ | MEBN | Sep 21 2023 20:41:38 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519905162 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519905165 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Mr. Cooper, Attn: Bankruptcy, P0 Box 619098, Dallas, TX 75261-9098 |
| 519905163 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519905167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Mr. Cooper, P0 Box 619094, Dallas, TX 75261-9094 |
| 519905166 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 519905164 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519905170 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519905172 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 519905168 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: plncf13 | Total Noticed: 18 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 21 2023 20:53:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 519905169 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 519905171 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 20:53:00 | Nationstar Mortgage / Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519959273 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2023 20:49:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519905161 | ##+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Pirhiya Irene Save herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6