HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  PIRHIYA IRENE SAVE
22 MOUNTAIN WAY
WEST ORANGE,  NJ  07052

Atty:  HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 23-13713

### RECEIPTS AS OF 01/01/2024  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/30/2023 | $500.00 | RAYMOND 03533 | 06/07/2023 | $600.00 | RAYMOND 03534 |
| 07/18/2023 | $550.00 | RAYMOND 03539 | 08/14/2023 | $550.00 | RAYMOND 03546 |
| 09/13/2023 | $550.00 | RAYMOND 03551 | 10/11/2023 | $550.00 | RAYMOND 03556 |
| 11/13/2023 | $550.00 | RAYMOND 03560 | 12/18/2023 | $550.00 | RAYMOND 03565 |

**Total Receipts: $4,400.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,400.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024  (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 354.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 4,089.25 | 660.75 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition A | 300,797.56 | 100.00% | 0.00 | 300,797.56 |
| 0013 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 130.01 | 100.00% | 0.00 | 130.01 |
| 0014 | NATIONSTAR MORTGAGE LLC | (NEW) MTG Agree | 25,513.08 | 100.00% | 0.00 | 25,513.08 |

**Total Paid:  $4,444.00**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $4,400.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $4,444.00    =    Funds on Hand: $506.00

**Chapter 13 Case # 23-13713**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.