| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond, Esq.; Jeffrey M. Raymond, Esq., Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | |
| In Re:<br><br>PIRHIYA IRENE SAVE, DEBTOR | Case No.:    23-13713 RG<br><br>Chapter:    13_<br><br>Hearing Date:  3/6/2024 @8:30 A.M.<br><br>Judge:    R. Gambardella, U.S.B.J. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Modified Chapter 13 Plan.

A new plan has been filed.

_____

Date: February 2, 2024        _        /S/ HERBERT B . RAYMOND_
                                        Signature

*rev.8/1/15*