| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ALBERTELLI LAW<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 232194-1<br>Attorneys for Secured Creditor: Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 | |
| In Re:<br><br>Pirhiya Irene Save aka Irene Pirhiya Save aka Pirhiya Irana Save | Case No.: 23-13713-RG<br>Chapter 13<br><br>Judge: Rosemary Gambardella |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

    Roger Fay, Esquire
    Albertelli Law
    14000 Commerce Parkway, Suite H
    Mount Laurel, NJ 08054

DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
    ☒ All documents and pleadings of any nature.

| DATED: February 6, 2024 | ALBERTELLI LAW<br><br>/s/ Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>rfay@alaw.net<br>Attorneys for Secured Creditor |
|---|---|