```
Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379; Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
```

---

| IN RE: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| | DISTRICT OF NEW JERSEY |
| | CHAPTER 13 |
| | CASE NO.: 23-13713 (RG) |
| PIRHIYA SAVE, | |
| DEBTOR(S). | |

---

**CERTIFICATION OF DEBTOR'S COUNSEL**
**SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

HERBERT B. RAYMOND, Esquire, hereby certifies as follows:

1. I represented the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

\_\_\_\_\_  Prosecution of motion on behalf of Debtor.   $1,500.00

       Nature of Motion:

       Hearing Date(s):

\_XXX\_  Defense of motion on behalf of debtor     $750.00
       (Including filing Objection to Creditor's
       Certification of Default).

       Nature of Motion: 1. Deutsche Bank National Trust
                             Company's Motion for Stay Relief

                       2. Deutsche Bank National Trust
                           Company's Default Certification

       Hearing Date(s): 1. September 6, 2023
                       2. February 7, 2024

\_XXX\_  Defense of Trustee's Motion to Dismiss or   $500.00
       Certification of Default.

        Hearing Dates(s) : March 6, 2024

_____ Additional court appearance(s).      $200.00
     (Not to exceed three).

     Purpose:

     Hearing Date(s):

_XXX_ Filing and appearance on a modified      $750.00
     Chapter 13 Plan.

        1. Filed January 28, 2024
        2. Filed February 2, 2024
        3. Filed July 24, 2023

_____ Preparation of Wage Order      $250.00

_____ Preparation and filing of Amendments      $250.00
     to Schedules of all Schedules Except I or J.

_____ Preparation and filing of Amendments      $350.00
     To Schedules I or J.

_____ Preparation and filing of Application      $550.00
     for Retention or Compensation of Professional.

_____ Preparation and filing of Notice of Sale  $350.00
     or Settlement of Controversy.

_XXX_ Preparation and filing of Notice of Request $500.00
     For Loss Mitigation.

### **NON-STANDARD FEES**

   Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:


   Describe non-standard expenses in detail:
2.   To date, in this case:

     I have applied for fees (including original retainer) in the amount of: $4,750.00

     To date, I have received: $4,089.25

3.   I seek compensation for services rendered in the amount of _$3,000.00**xx**__ payable:

```
         xx Discounted from $4,750.00

    _XXX_ through the Chapter 13 plan as an administrative
          priority.

    _____ outside the plan.

4.  _XXX_ This allowance will not impact on plan payments.


    _____ This fee will impact on plan payments.
          Present plan:
          Proposed plan:
    I certify that I have not filed any fee application within
    the last 120 days.
    I certify under penalty of perjury that the foregoing is
     true and correct.
Dated: February 6, 2024      /S/ HERBERT B. RAYMOND, ESQ.
                             _____
                             Signature of Applicant
```