Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23–13713–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pirhiya Irene Save
    aka Irene Pirhiya Save, aka Pirhiya Irana
    Save
    22 Mountain Way
    West Orange, NJ 07052

Social Security No.:
    xxx–xx–0486

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        3/6/24
Time:        10:00 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

        The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
$3,000.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.


Dated: February 8, 2024
JAN:

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Pirhiya Irene Save
    Debtor

Case No. 23-13713-RG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 137 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pirhiya Irene Save, 22 Mountain Way, West Orange, NJ 07052-3717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2024 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2024 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519910147 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2024 21:16:37 | American Suzuki Financial Services, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519967621 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee f, c/o Nationstar Mortgage LLC ATTN: Bankru, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519905160 | ^ MEBN | Feb 08 2024 20:49:29 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519905162 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519905165 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Mr. Cooper, Attn: Bankruptcy, P0 Box 619098, Dallas, TX 75261-9098 |
| 519905163 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519905167 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Mr. Cooper, P0 Box 619094, Dallas, TX 75261-9094 |
| 519905166 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 519905164 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519905170 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519905172 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 08 2024 20:56:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 519905168 | + Email/Text: nsm_bk_notices@mrcooper.com | | |

District/off: 0312-2                          User: admin                                    Page 2 of 3
Date Rcvd: Feb 08, 2024                       Form ID: 137                                 Total Noticed: 18

| | | Feb 08 2024 20:56:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 519905169 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Feb 08 2024 20:56:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 519905171 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Feb 08 2024 20:56:00 | Nationstar Mortgage / Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519959273 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 08 2024 21:05:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519905161 | ##+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Ashley Pascuzzi
                                  on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 ecfnotices@grosspolowy.com

Courtney R. Shed
                                  on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
                                  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
                                  on behalf of Debtor Pirhiya Irene Save herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Roger Fay
                                  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 rfay@alaw.net, bkecf@milsteadlaw.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2                            User: admin                                    Page 3 of 3
Date Rcvd: Feb 08, 2024                         Form ID: 137                                    Total Noticed: 18
TOTAL: 7