Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13713−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pirhiya Irene Save
   aka Irene Pirhiya Save, aka Pirhiya Irana
   Save
   22 Mountain Way
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0486

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 7, 2024.

Dated: March 7, 2024
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13713-RG |
| Pirhiya Irene Save | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 07, 2024 | Form ID: plncf13 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pirhiya Irene Save, 22 Mountain Way, West Orange, NJ 07052-3717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2024 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2024 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519910147 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2024 20:56:49 | American Suzuki Financial Services, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519967621 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee f, c/o Nationstar Mortgage LLC ATTN: Bankru, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519905160 | ^ | MEBN | Mar 07 2024 20:49:02 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519905162 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519905165 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Mr. Cooper, Attn: Bankruptcy, P0 Box 619098, Dallas, TX 75261-9098 |
| 519905163 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519905167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Mr. Cooper, P0 Box 619094, Dallas, TX 75261-9094 |
| 519905166 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 519905164 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519905170 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519905172 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 519905168 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2024 | Form ID: plncf13 | Total Noticed: 18 |

| | | | Mar 07 2024 20:49:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
|---|---|---|---|---|
| 519905169 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 519905171 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 20:49:00 | Nationstar Mortgage / Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519959273 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2024 20:57:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519905161 | ##+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

**Name** — **Email Address**

Ashley Pascuzzi
on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 ecfnotices@grosspolowy.com

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Debtor Pirhiya Irene Save herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Roger Fay
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 rfay@alaw.net, bkecf@milsteadlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2      User: admin      Page 3 of 3
Date Rcvd: Mar 07, 2024      Form ID: plncf13      Total Noticed: 18
TOTAL: 7