Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−13713−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pirhiya Irene Save
   aka Irene Pirhiya Save, aka Pirhiya Irana Save
   22 Mountain Way
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0486

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/24 at 10:00 AM

to consider and act upon the following:

**75** − Certification in Opposition to (related document:74 Creditor's Certification of Default (related document:65 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass−Through Certificates, Series 2006−9. Objection deadline is 06/25/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass−Through Certificates, Series 2006−9) filed by Herbert B. Raymond on behalf of Pirhiya Irene Save. (Raymond, Herbert)

Dated: 6/25/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court