Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−13713−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pirhiya Irene Save
   aka Irene Pirhiya Save, aka Pirhiya Irana
   Save
   22 Mountain Way
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0486

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/4/24 at 10:00 AM

to consider and act upon the following:

*80* – Certification in Opposition to (related document:78 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/29/2024. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Pirhiya Irene Save. (Raymond, Herbert)

Dated: 7/29/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court