Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  23−13713−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pirhiya Irene Save
    aka Irene Pirhiya Save, aka Pirhiya Irana
    Save
    22 Mountain Way
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0486

Employer's Tax I.D. No.:

_____

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/4/24.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 4, 2024
JAN: slm

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 23-13713-RG

Pirhiya Irene Save                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                  Page 1 of 2

Date Rcvd: Sep 04, 2024                       Form ID: 148                            Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pirhiya Irene Save, 22 Mountain Way, West Orange, NJ 07052-3717 |
| 519905161 | + | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 04 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 04 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519910147 | + | EDI: AISACG.COM | Sep 05 2024 00:31:00 | American Suzuki Financial Services, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519967621 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee f, c/o Nationstar Mortgage LLC ATTN: Bankru, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519905160 | ^ | MEBN | Sep 04 2024 20:38:33 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519905162 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519905165 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Mr. Cooper, Attn: Bankruptcy, P0 Box 619098, Dallas, TX 75261-9098 |
| 519905163 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519905167 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Mr. Cooper, P0 Box 619094, Dallas, TX 75261-9094 |
| 519905166 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 519905164 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519905170 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519905172 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 519905168 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 20:41:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |

| 519905169 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Sep 04 2024 20:41:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 519905171 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Sep 04 2024 20:41:00 | Nationstar Mortgage / Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519959273 | + EDI: AIS.COM | | |
| | | Sep 05 2024 00:31:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 ecfnotices@grosspolowy.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 cshed@grosspolowy.com, ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Pirhiya Irene Save herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Roger Fay | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 rfay@alaw.net, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7